IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **RICKEY BLOUNT,** | : | |
| **Plaintiff,** | : | |
| vs. | : | 5:08-cv-124 (CAR) |
| **OFFICER DECOTA, et el.,** | : | |
| **Defendants.** | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is a Report and Recommendation (Doc. 7) from United States Magistrate Judge Claude W. Hicks, Jr., which recommends dismissing Plaintiff's § 1983 claims against Defendants Robinson and Officer Thomas following a frivolity review pursuant to 28 U.S.C. § 1915(e)(2). Although no Objections have been filed, the Court, pursuant to 28 U.S.C. § 636(b)(1), has thoroughly reviewed Plaintiff's Complaint and Judge Hicks' Recommendation. As fully explained by Judge Hicks, a plaintiff must allege an actual injury to state a valid claim under § 1983. Here, Plaintiff has failed to allege that he suffered any actual injury due to Defendant Robinson's actions or Defendant Officer Thomas's actions. As such, the Recommendation is **ACCEPTED**, and Plaintiff's claims against Defendants Robinson and Officer Thomas are **DISMISSED**.

**SO ORDERED**, this 12th day of August, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS/ssh